Certificate Number: 03088-PAE-DE-039425910

Bankruptcy Case Number: 25-10561



03088-PAE-DE-039425910

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 10, 2025</u>, at <u>4:27</u> o'clock <u>PM CDT</u>, <u>Nora D Harrison</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 10, 2025</u>          By:     <u>/s/Doug Tonne</u>

                                         Name:  <u>Doug Tonne</u>

                                         Title:   <u>Counselor</u>