IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    NORA D. HARRISON | : | |
| | : | |
| | : | Case No. 25-10561-AMC |
| Debtor | : | CHAPTER 7 |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

    Kindly withdraw Trustee's docket entries of: Meeting of Creditors Held and Concluded, and Chapter 7 Trustee's Report of No Distribution, that were erroneously filed on March 13, 2025.

DATE: *March 13, 2025*            BY:    */s/ Lynn E. Feldman, Esquire*
                                                                                               Lynn E. Feldman, Esquire
                                                                            Chapter 7 Trustee
                                                                            PA I.D. No. 35996
                                                                            221 N. Cedar Crest Blvd.
                                                                            Allentown, PA 18104
                                                                            (610) 530-9285